

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| CARMELITA CLINTON, CYNTHIA M. HUNT, | § | U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS **FILED** FEB 27 2006 CLERK, U.S. DISTRICT COURT By _____ Deputy |
| MARY BENNETT, VANESSA B. CLARK, | § | |
| WYVONIE R. CATHEY, JANEICE CORBIN, | § | |
| SONJA S. NEVINS, DAMIAN J. OTIS, | § | |
| HARLIS TAYLOR, RICHARD WATSON, | § | |
| FRANK SMITH, ROY L. MADDOX, AND | § | |
| RICHARD E. RITTER | § | |
|  | § | |
| Plaintiffs | § | |
|  | § | |
| V. | § | Civil Action No. _____ |
|  | § | **3-06 CV-0367 N** |
| ELI LILLY AND COMPANY, | § | |
| Lilly Corporate Center | § | |
| Indianapolis, IN 46285 | § | |
| Defendant | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, pursuant to Local Rule 3.1(f), believe that the following persons or entities are financially interested in the outcome of this case:

1. Carmelita Clinton
   109 W. 112th St., Apt 51
   New York, NY 10026
   Plaintiff

2. Cynthia M. Hunt
   148 Harding Rd.
   Rochester, NY 14612
   Plaintiff

3. Mary Bennett
   4808 Bluebird Ct., Apt A
   Raleigh, NC 27606

4. Vanessa B. Clark
   219 Grove View Terrace
   Fayetteville, NC 28301

5. Wyvonie R. Cathey
   4620 Esteem Ct.
   Hope Mills, NC 28348

6. Janeice Corbin
   811 Green Hills Road
   Columbia, KY 42728

7. Sonja S. Nevins
   791 Citrus St.
   Bullhead City, AZ 86442

8. Damian J. Otis
   1774 S. 43rd St.
   Tacoma, WA 98418-1606

9. Harlis Taylor
   219 Walker Ave.
   Butler, PA 16001

10. Richard Watson
    3753 N. 38th St.
    Omaha, NE 68111

11. Frank B. Smith
    1316 W. 65th Place
    Los Angeles, CA 90044-2622

12. Roy L. Maddox
    5100 E. Tropicana Ave, #18B
    Las Vegas, NV 89122

13. Richard E. Ritter
    305 Race Street
    Tamaqua, PA 18252

14. Joe Poirot
    Ferrer, Poirot & Wansbrough
    2603 Oak Lawn, #300
    Dallas, Texas  75219
    Counsel for Plaintiffs

15. Eli Lilly and Company
    Lilly Corporate Center
    Indianapolis, IN 46285
    Defendant

PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS – Page 2

16. Nina M. Gussack of Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
Defendant's counsel

17. Samuel J. Abate, Jr.
McCarter & English
245 Park Avenue
New York, NY 10167
Liaison Counsel for Defendant

Respectfully submitted,

_____

JOE POIROT
State Bar No. 16087800
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Ave., Suite 300
Dallas, TX 75219
(214) 521-4412 Telephone
(214) 522-3804 Fax
ATTORNEY FOR PLAINTIFFS